**Order filed March 8, 2012.**



**In The**

# Fourteenth Court of Appeals
_____

## NO. 14-11-00925-CV
_____

### EXTERRA ENERGY, INC., Appellant

### V.

### SHAREWELL ENERGY SERVICES, LP, Appellee

---

**On Appeal from the 61st District Court
Harris County, Texas
Trial Court Cause No. 2008-32032**

---

## O R D E R

Appellant's brief was due **January 26, 2012.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with the clerk of this court on or before **March 26, 2012**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM